**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**MOUNT COMFORT COFFEE, LLC** **PLAINTIFF**

**V.** **CASE NO. 5:26-CV-05154**

**HANJRA FREIGHTWAY, INC.,** **DEFENDANT**

# JUDGMENT

In accordance with the Order on Motion for Default Judgment filed this day, **IT IS HEREBY ORDERED** that judgment is entered in favor of Plaintiff Mount Comfort Coffee, LLC and against Defendant Hanjra Freightway, Inc. in the total amount of **$100, 000** plus post-judgment interest to accrue until fully paid.

**IT IS SO ORDERED AND ADJUDGED** on this 3rd day of NOvember, 2026.

TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE